UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:          CHAPTER 13
REGINALD DELVORSHA MOORE,   CASE NO. 18-46431-MAR
CEDRICK UVETT MOORE         JUDGE MARK A RANDON
DEBTORS.
_____/


ORDER ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

The Debtors have made a request to adjourn the originally scheduled Section 341 Meeting of Creditors. The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, hereby agrees to same pursuant to the following conditions.

The Chapter 13 Trustee and Debtors or Debtors' counsel having previously stipulated to the following:

IT IS HEREBY ORDERED that the originally scheduled Section 341

Meeting of Creditors shall be adjourned to a new date as indicated

below, the same to be conducted at 211 West Fort Street, Detroit,

Michigan 48226.

*DEBTOR ORIENTATION:*      *N/A*      *TIME:*

*NEW 341 DATE:*      *July 27, 2018*      *TIME:*

*10:00 a.m.*

IT IS FURTHER ORDERED that based upon the rescheduling of the

Debtors' Section § 341 Meeting of Creditors, the Debtors'

Confirmation Hearing to be conducted in the Judge's Courtroom, 211

W. Fort Street, Detroit, Michigan, shall be adjourned to:

*NEW CONFIRMATION DATE:*      *September 12, 2018 TIME:*

*9:00 a.m.*

IT IS FURTHER ORDERED that Debtors or Debtors' counsel shall

provide no less than twenty-one (21) days written notice of this

adjourned date and time to all parties in interest.

IT IS FURTHER ORDERED that Debtors or Debtors' counsel shall file a Proof of Service of same with the Clerk of the Court and forward a time-stamped copy to the Chapter 13 Trustee no later than five (5) days prior to the adjourned meeting of creditors.

IT IS FURTHER ORDERED that the deadline for filing objections to the confirmation of the plan is 21 days from the date the adjourned Section 341 Meeting of Creditors is held.

IT IS FURTHER ORDERED that in the event that the Debtors fail(s) to appear at the adjourned Section 341 Meeting of Creditors, the Trustee may submit an Order of Dismissal or Reconversion to the bankruptcy court along with an Affidavit attesting to the Debtors' failure to appear at the adjourned Section 341 Meeting of Creditors and the proceedings may be thereafter dismissed or reconverted without a further hearing, or notice.

IT IS FURTHER ORDERED that Debtors shall serve income verification

on the Trustee's office, on or before June 29, 2018, and that if not completed by the date specified, the case shall be dismissed or reconverted upon Order of the Court without further notice or hearing.

IT IS FURTHER ORDERED that in the event the Debtors fail(s) to remit 100% of all required Plan payments to the Trustee prior to the adjourned Confirmation Hearing, the proceedings may thereafter be dismissed or reconverted without a further hearing, or notice.

**Signed on June 19, 2018**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**